WEI XU, Appellant, v FANGRUO CHEN, Respondent.

Submitted October 1, 2012; decided November 29, 2012

Motion, insofar as it seeks leave to appeal from the October 2011 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the August 2012 Appellate Division order, denied.